FILED
APR 30 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

SEALED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

IN RE FEDERAL CRIMINAL INVESTIGATION

) CASE NO. 1:15 SW 00114 GSA
)
) **SEALING ORDER**
)
) **UNDER SEAL**
)

Good cause appearing therefore, it is hereby ordered that the Search Warrant Application (the "Application"), the Affidavit of DEA Special Agent Eric Chai in support of the Application, the attachments to the Application, and all related papers in the above matter, be filed and maintained under seal until further order of the Court.

DATED: April 30, 2015

GARY S. AUSTIN
UNITED STATES MAGISTRATE JUDGE