FILED

MAY 14 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| IN RE FEDERAL CRIMINAL INVESTIGATION AND SEARCH WARRANT 1:15-SW-00114-GSA | CASE NO. 1:15-SW-00114 GSA<br><br>**UNSEALING ORDER** |

Good cause appearing therefore, it is hereby ordered that the Search Warrant Application (the "Application"), the Affidavit of DEA Special Agent Eric Chai in support of the Application, the attachments to the Application, and all related papers in the above matter, be usealed.

DATED: May 12, 2015

_____
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE